Form definm13

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Western Division
### 327 South Church Street
### Rockford, IL 61101

In Re:

Scott A Grigsby Sr
101 Benedict Drive SW
Poplar Grove, IL 61065
SSN: xxx–xx–5284 EIN: N.A.

Sherry L Grigsby
101 Benedict Drive SW
Poplar Grove, IL 61065
SSN: xxx–xx–4991 EIN: N.A.

Case No. : 13–82356

Chapter : 13

Judge :    Thomas M. Lynch

## NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 13 CASES
## OF REQUIRED DOCUMENTS FOR DISCHARGE

Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must file the following documents in order to receive a discharge.

☑ Official Form 423, Certification About a Financial Management Course. In joint cases, the form must be completed and filed by each debtor. Please include the certificate number on Official Form 423 or attach the certificate you received from the approved Personal Financial Management Course Provider.

A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

Official Form 423 is available on our website at www.ilnb.uscourts.gov/Forms/

☑ Debtor's Declaration Domestic Support Obligations. In joint cases, the form must be completed and filed by each debtor. The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required documents, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312–408–5000.

FOR THE COURT

Dated: October 12, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court